IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00969-RBJ

THEODORE C. DUTCHER, and
PATRICIA P. DUTCHER,

    Plaintiffs,

v.

VALUE PRESERVATION, LLC and
J.P. MORGAN CHASE, NA.,

    Defendants.

---

## FINAL JUDGMENT

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order [23] entered by Judge R. Brooke Jackson on November 19, 2012, which order is incorporated by reference, it is

ORDERED that the case is DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(b) for plaintiff's failure to prosecute and failure to comply with a court order.

DATED at Denver, Colorado this   19th   day of November, 2012.

                                    FOR THE COURT:

                                    JEFFREY P. COLWELL, CLERK

                                    By s/ Edward Butler
                                        Edward P. Butler
                                        Deputy Clerk